UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANESSA JORDAN-ROWELL, *Plaintiff*, -against- IRS, *Defendant*. | 1:23-CV-2155 (ALC) ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's motion to compel, ECF No. 16, is hereby denied without prejudice. Plaintiff's motion is premature.

The Clerk of the Court is respectfully directed to close the open motion at ECF No. 16.

**SO ORDERED.**

**Dated:** October 26, 2023
New York, New York

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**United States District Judge**