USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janessa Jordan-Rowell,

                Plaintiff,

-against-

United States of America,

                Defendant.

1:23-cv-02155 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that Defendant shall respond to Plaintiff's motion to amend (*see* ECF No. 42) no later than January 19, 2024.

**SO ORDERED.**

Dated:    New York, New York
            January 12, 2024

_____
STEWART D. AARON
United States Magistrate Judge