```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janessa Jordan-Rowell,

               Plaintiff,

-against-

United States of America,

               Defendant.

1:23-cv-02155 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that Plaintiff's motion to amend (*see* ECF No. 42) is granted on consent. (*See* Def.'s Letter, ECF No. 44.) Plaintiff shall file any amended pleading no later than February 5, 2024.

**SO ORDERED.**

Dated:     New York, New York
             January 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge