USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janessa Jordan-Rowell,

           Plaintiff,

-against-

United States of America,

           Defendant.

1:23-cv-02155 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Plaintiff's February 21, 2024 submission, which purports to be in opposition to a motion to compel filed by Defendant. (Pl.'s Response, ECF No. 48). However, Defendant has not filed a motion to compel and, thus, no discovery issues properly are before the Court. The parties are reminded that the deadline for the completion of all discovery is March 29, 2024. (*See* 12/20/2023 Scheduling Order, ECF No. 41.) Although Plaintiff was granted leave to file a second amended pleading by February 20, 2024 (*see* 2/1/2024 Order, ECF No. 47), the Court has not received any such pleading. Accordingly, the operative pleading remains the Amended Complaint. (Am. Compl., ECF No. 5.)

**SO ORDERED.**

Dated:        New York, New York
              February 23, 2024

_____
STEWART D. AARON
United States Magistrate Judge