UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janessa Jordan-Rowell,

               Plaintiff,

-against-

United States of America,

               Defendant.

1:23-cv-02155 (ALC) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2023

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Discovery in this action closed on March 29, 2024. (*See* Scheduling Order, ECF No. 41.) It is hereby Ordered that, no later than Tuesday, May 21, 2024, the parties shall file a joint letter regarding proposed next steps in this action.

**SO ORDERED.**

Dated:     New York, New York
            May 14, 2024

_____
STEWART D. AARON
United States Magistrate Judge