

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

July 3, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __July 16, 2024__

**By ECF**
Hon. Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square Street
New York, NY 10007

     Re:    *Jordan-Rowell v. United States,* 23 CV 2155 (ALC)

Dear Judge Carter:

    In this action, *pro se* plaintiff Janessa Jordan-Rowell seeks a refund of purportedly withheld taxes paid to the Internal Revenue Service ("IRS") for the tax years 2019 and 2021, in the amounts of $15,468 and $2,319,792 respectively, as well as additional damages of one billion dollars from the IRS for the disallowance of her administrative refund claims. The Government is preparing a motion for summary judgment based on information contained in Plaintiff's taxpayer file. Due to the upcoming holiday, IRS personnel needed to compile tax information concerning Plaintiff and to prepare a declaration in support of the motion are out of the office. Accordingly, we respectfully request that the due date for the Government's motion be extended from July 9 to July 17. This is the first request for an extension of the filing deadline. Plaintiff has not responded to our request for her consent to the granting of this relief.

    I thank the Court for its consideration of this matter.

                Respectfully,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York
                *Attorney for the United States*

      By:  __/s/ *Brandon Cowart*_____
           BRANDON H. COWART
           Assistant United States Attorney
           Telephone: (212) 637-2693
           Fax.: (212) 637-2702
           Email: brandon.cowart@usdoj.gov

cc:    Plaintiff (by certified mail)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

New York, NY
July 16, 2024

2