UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANESSA JORDAN-ROWELL,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 23-cv-02155 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephone conference in this action on Wednesday, January 29, 2025 at 3:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

Dated:   January 17, 2025
         New York, NY

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**