UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
JANESSA JORDAN-ROWELL,                         :
                                                :
               *Plaintiffs*,         :
                                                :       **1:23-cv-02155 (ALC)**
   -against-                              :
                                                :       <u>**AMENDED CONFERENCE**</u>
UNITED STATES OF AMERICA,                       :       <u>**ORDER**</u>
                                                :
               *Defendant*.         :
                                                :
                                                :
-------------------------------------------------------------------- :
                                                x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a telephonic conference in this action on Wednesday, April 9, 2025 at 10:00 AM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated: April 8, 2025**
       New York, New York                                  **ANDREW L. CARTER, JR.**
                                                                       **United States District Judge**