

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 28, 2025

**By ECF**
Hon. Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  5/29/2025
```

      Re:    *Jordan-Rowell v. United States,* 23 CV 2155 (ALC)

Dear Judge Carter:

     In this action, *pro se* plaintiff Janessa Jordan-Rowell seeks a refund of purported income tax overpayments totaling over $3 million for tax years 2019, 2020, 2021, 2022, 2023 and 2024, as well as additional damages of one billion dollars from the IRS for the disallowance of her administrative refund claims. Recently, Plaintiff amended her complaint to include tax years 2020, 2022, 2023, and 2024.

     The Government is preparing a motion for summary judgment based on information contained in Plaintiff's taxpayer file. We write respectfully to request that the due date for the Government's motion be extended by two days, from May 28 to May 30, 2025. The request is being made to provide additional time for the undersigned and agency counsel to clarify relevant aspects of Plaintiff's administrative history. Further, the additional time will allow the Government to finalize a declaration from the IRS official and provide sufficient time for internal review of the motion papers. This is the third request for an extension of the filing deadline. The prior requests were granted by orders dated May 7 and May 21, 2025. I have been unable to reach Plaintiff to request her consent to the granting of this relief.

I thank the Court for its consideration of this matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York
          *Attorney for the United States*

By:  /s/ *Brandon Cowart*
     BRANDON H. COWART
     Assistant United States Attorney
     Telephone: (212) 637-2693
     Fax.: (212) 637-2702
     Email: brandon.cowart@usdoj.gov

cc:    Plaintiff (by regular mail)

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
May 29, 2025

2