**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANESSA JORDAN-ROWELL,** | |
| **Plaintiff,** | **23-cv-02155 (ALC)** |
| -against- | |
| **UNITED STATES OF AMERICA,** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendants' request for the Court to accept as timely the Huang Declaration (Dkt. No 96), Defendants' Rule 56.1 statement (Dkt. No. 93), and Defendants' pro se notices (Dkt. Nos. 94-95), all of which were filed late. Dkt. No. 97. Having considered Defendants' purported justification for the late filing, as well as the length of the delay, the Court hereby **GRANTS** Defendants' request.

Separately, Plaintiff's Opposition to Defendants' Motion for Summary Judgment was due by **June 2, 2025** (or if accounting for Defendants' delay, June 4, 2025) and is now months overdue. To the extent Plaintiff wishes to file a response to the Motion, Plaintiff must do so by **January 30, 2026**. If Plaintiff fails to do so, the Motion will be deemed unopposed. To the extent Plaintiff files a response, Defendants' Reply, if any, shall be filed no later than **February 6, 2026**.

Defendant is directed to serve a copy of this Order and the papers upon which it is based on the Plaintiff and file proof of service by affidavit or other similar such instrument on or before **January 16, 2026** by **5:00 PM ET**.

The Clerk is Court is respectfully directed to terminate the pending motion at Dkt. No. 97.

**SO ORDERED.**

**Dated:**    **January 15, 2026**
        **New York,** NY

                                          **ANDREW L. CARTER, JR.**
                                       **United States District Judge**