**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JANESSA JORDAN-ROWELL,

                    Plaintiff,                         23 **CIVIL** 2155 (ALC)

        -against-                                   **JUDGMENT**

UNITED STATES OF AMERICA,

                    Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2026, Defendant's motion for summary judgment is GRANTED. Accordingly, this case is **DISMISSED** with prejudice and the case is closed.

**Dated**: New York, New York
        March 31, 2026

                                  **TAMMI M. HELLWIG**
                            _____
                                   **Clerk of Court**

                **BY:**
                              _____
                                  **Deputy Clerk**